UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOROMI RADEL WASHINGTON,<br>Plaintiff,<br>v.<br>CORRECTIONAL CORPORATION OF AMERICA, et al.,<br>Defendants. | Case No. 15-cv-02809-JST (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a State of California prisoner currently incarcerated at the La Palma Correctional Center in Eloy, Arizona, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. Eloy, Arizona lies within the venue of the District Court of Arizona. See 28 U.S.C. § 82. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore is proper in the District of Arizona, and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the District of Arizona. In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis. The Clerk of the Court shall terminate all pending motions and transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: June 24, 2015

_____
JON S. TIGAR
United States District Judge